UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GAIL CAUDLE,

     Plaintiff,

v.                                   **CASE NO. 3:22-cv-1091-HES-JBT**

ATLANTIC RESTAURANT
DEVELOPMENT, INC. d/b/a Zaxby's,

     Defendant.

_____/

## O R D E R

This matter is before this Court on the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 15).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 15) is **GRANTED**, and this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ⟨signature⟩ day of April 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Juan Courtney Cunningham, Esq.
Brian Jeffrey Aull, Esq.